UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEBORAH RULE, an individual on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TEMPOE, LLC dba WHY NOT LEASE IT, a Delaware limited liability company, <br><br> Defendant. | Case No. 19-CV-00368-DAD-EPG <br><br> **ORDER APPROVING STIPULATION** <br><br> (ECF No. 8) |

Pursuant to the stipulation of the parties (ECF No. 8), and finding good cause exists,

IT IS ORDERED

1. Defendant's deadline to file a responsive pleading is extended to Thursday, June 20, 2019. Defendant may, on or before that date, respond to the Complaint in any fashion that would have been permitted through and including May 20, 2019, in the absence of this stipulation.

2. The pre-stipulation deadline for the Rule 26 conference is June 19, 2019. This shall be moved up to June 4, 2019.

3. The parties have until June 28, 2019, to provide their initial disclosures.

IT IS SO ORDERED.

Dated: **May 20, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE