# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH RULE,<br><br>      Plaintiff,<br><br>      v.<br><br>TEMPOE, LLC,<br><br>      Defendant. | Case No. 1:19-cv-00368-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO PUTATIVE CLASS<br><br>(ECF No. 29) |

Plaintiff, Deborah Rule, for herself and not on behalf of the putative class, and Defendant, Tempoe, LLC, have filed a stipulation to dismiss the action with prejudice as to Plaintiff Deborah Rule and without prejudice as to the putative class. (ECF No. 29.) In light of the stipulation, the case has ended and is dismissed with prejudice as to Deborah Rule and without prejudice as to the putative class. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: __February 10, 2020__        /s/ Erica P. Grosjean

                                                   UNITED STATES MAGISTRATE JUDGE